**KLEIN CIVIL RIGHTS**

Brett H. Klein, Esq., PLLC
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

January 7, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1-8-2020

Re: *Stephanie Johnson v. City of New York, et al.*, 16 CV 9561 (LAP)

Dear Judge Preska:

I represent the plaintiff in the above-referenced civil rights action. I write with defense counsel's consent to request a one-day extension of the motion *in limine* briefing schedule. Currently the parties' moving papers are due January 9, 2020 and opposition papers are due January 16, 2020.

The reason for this request is that my partner, Lissa Green-Stark, who has been taking the lead in drafting our motions, has been out of the office both yesterday and today due to illness in her family, and we could therefore use the additional time to finalize our moving papers.

Based on the foregoing, plaintiff requests that the parties be permitted to file their moving papers on January 10, 2020, and any opposition papers on January 17, 2020.

Thank you for your consideration.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
1/8/20

Respectfully,

Brett Klein

Brett H. Klein

cc: Elissa Fudim, Esq. (by ECF)