UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHANIE JOHNSON,

        Plaintiff,

  -against-

ROBERTO GUTIERREZ, et al.

        Defendants.

16-CV-9561 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    In light of the jury's verdict in favor of the defendants, judgment shall be entered in their favor, the case marked closed, and all pending motions denied as moot.

SO ORDERED.

Dated:  September 30, 2020
       New York, New York

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA, U.S.D.J.