**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STEPHANIE JOHNSON,

                Plaintiff,                        16 **CIVIL** 9561 (LAP)

       -against-                              **JUDGMENT**

ROBERTO GUTIERREZ, et al.
                Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2020, in light of the jury's verdict in favor of the defendants, judgment is entered in their favor, and all pending motions denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
           September 30, 2020

                                                              **RUBY J. KRAJICK**
                                                               _____
                                                                     **Clerk of Court**
                                                     **BY:**
                                                                    _____
                                                                      **Deputy Clerk**